Foster OWEN

v.

Robert A. COLLINS and Pigloo Corporation.

No. 16998.

United States Court of Appeals Eighth Circuit.

Dec. 19, 1962.

Charles L. Lovercheck, Erie, Pa., for appellant.

Fred A. Ontjes, Mason City, Iowa, for Robert A. Collins, and others.

1. See First Kentucky Company v. Gray, 309 F.2d 845 (C.A.6) November 21, 1962.

PER CURIAM.

Order appealed from affirmed, 8 Cir., 310 F.2d 884, in accordance with opinion filed in No. 16993.